# MEMORANDA

## OF

### DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 6,300.—HULDA HARTE, Respondent, *v.* SUNBURST OIL & REFINING CO., Appellant.

*Appeal from District Court, Toole County; John J. Greene, Judge.*

Decided: April 5, 1928.

PER CURIAM.—On motion of appellant the appeal in the above-entitled cause is dismissed.

*Mr. Homer G. Murphy* and *Messrs. Hurd, Rhoades, Hall & McCabe,* for Appellant.

*Mr. Louis P. Donovan* and *Mr. J. W. Kelly,* for Respondent.